STATE of Missouri, Respondent,

v.

Marcus McCOY, Appellant.

No. ED 96702.

Missouri Court of Appeals,
Eastern District,
Division One.

June 19, 2012.

Susan L. Hogan, Kansas City, MO, for appellant.

Chris Koster, Atty. Gen., John W. Grantham, Jefferson City, MO, for respondent.

Before: CLIFFORD H. AHRENS, P.J., ROY L. RICHTER, J., and GARY M. GAERTNER, JR., J.

### ORDER

PER CURIAM.

Defendant, Marcus McCoy, appeals from the judgment and sentence after a jury found him guilty of two counts of assault in the first degree and two counts of armed criminal action. No jurisprudential purpose would be served by a written opinion. The parties have been provided with a memorandum for their information only, setting forth the reasons for this decision. The judgment is affirmed pursuant to Rule 30.25(b).